**ORDERED in the Southern District of Florida on May 30, 2017.**

**Paul G. Hyman, Jr., Judge**
**United States Bankruptcy Court**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH**
**www.flsb.uscourts.gov**

In re:

JOHN EDWARD CARTER

Case No.: 11-21839-BKC-PGH
Chapter 7

Debtor(s)

_______________________________________/

**ORDER DENYING CREDITOR, GREENPOINT MORTGAGE FUNDING'S AMENDED MOTION TO REOPEN CASE TO OBTAIN CLARIFICATION REGARDING INTEREST IN LITIGATION WITH RESPECT TO REAL PROPERTY LOCATED AT 613 NE ROSSETTI LANE, BOCA RATON, FL 33487 NOT DISCLOSED IN THE BANKRUPTCY SCHEDULES**

THIS CAUSE having come before the Court on May 23, 2017, at 9:30 A.M., upon Creditor/Movant, GREENPOINT MORTGAGE FUNDING's ("Greenpoint") Amended Motion to Reopen Case to obtain clarification regarding who has possesses an interest in litigation with respect to the real property located at 613 NE Rossetti Lane, Boca Raton, Florida 33487 not disclosed in the

Bankruptcy Schedules [ECF 81] (the "Motion to Reopen"). The Court having reviewed the Motion to Reopen, the file, noting that the creditor Matrix was provided noticed and given an opportunity to appear, having heard argument for the parties including the discharged Trustee, counsel for the Debtor, John Edward Carter (the "Debtor"), counsel for interested third parties, and Movant's counsel (collectively, the "Parties"), and on the basis that the Parties, including the discharged Trustee and the Debtor's counsel, agree that the automatic stay is no longer in place as the case is closed and being otherwise fully advised in the premises, and for the reasons stated on the record, it is:

ORDERED and ADJUDGED as follows:

1. The Motion is DENIED;
2. Movant can proceed with the state court Litigation and mediate with the parties to that action.

###

Submitted by:
Laudy Luna, Esquire (FBN 44544)
Email: ll@lgplaw.com
Liebler, Gonzalez & Portuondo
Courthouse Tower - 25th Floor
44 West Flagler Street
Miami, FL 33130
Tel: (305) 379-0400
Fax: (305) 379-9626
Attorneys for Greenpoint Mortgage Funding

Copies Furnished To:
Attorney Laudy Luna, Esq., is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.